## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRISTIN WILLIAMS (f/k/a DUNNELLS), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:17-CV-01068-VAB |
| ) | |
| AMERICAN ADJUSTMENT ) | |
| BUREAU, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, KRISTIN WILLIAMS (f/k/a DUNNELLS), ("Plaintiff"), through her attorney, Richard P. Giarniero, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

                                        RESPECTFULLY SUBMITTED,

DATED: September 8, 2017              By: /s/ Richard P. Giarniero
                                                Richard P. Giarniero
                                                GIARNIERO & ASSOCIATES, LLC
                                                972 East Broadway
                                                Stratford, CT 06615
                                                Tel: 203.375.3994
                                                Fax: 203.386.0401
                                                rpglaw@netzero.com

## **CERTIFICATE OF SERVICE**

      On September 8, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Justin Sizemore, at jsizemore@reedsmith.com.

                                              By: /s/ Richard P. Giarniero
                                                    Richard P. Giarniero