# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRISTIN WILLIAMS (f/k/a DUNNELLS), ) ) Plaintiff, ) ) v. ) ) AMERICAN ADJUSTMENT ) BUREAU, INC., ) ) Defendant. ) | Case No. 3:17-CV-01068-VAB |

## STIPULATION TO DISMISS

Plaintiff, KRISTIN WILLIAMS f/k/a DUNNELS, and Defendant, AMERICAN ADJUSTMENT BUREAU, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: October 18, 2017

RESPECTFULLY SUBMITTED,

By: /s/ Richard P. Giarniero
Richard P. Giarniero
GIARNIERO & ASSOCIATES, LLC
972 East Broadway
Stratford, CT 06615
Tel: 203.375.3994
Fax: 203.386.0401
rpglaw@netzero.com

RESPECTFULLY SUBMITTED,

By: /s/Ian Gemmell
Ian Gemmell
PEABODY & ARNOLD, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
Tel: 617-951-2100

## **CERTIFICATE OF SERVICE**

On October 19, 2017, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system which will provide notice to all parties of record.

By: /s/ Richard P. Giarniero
Richard P. Giarniero